**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CORY NOLE OSWALD,**

     **Plaintiff,**

**v.**                                **Case No. 3:26-cv-316-AW-ZCB**

**AMY JO PRESTON,**

     **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the report and recommendation (ECF No. 6), to which there has been no objection, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with the local rules and failing to accurately disclose litigation history." The clerk will then close the file.

SO ORDERED on April 2, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge